IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHEIE HUTCHINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DETECTIVE LEO SPAEDER, et al. | : | NO. 16-2322 |

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE of CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii)t is hereby stipulated and agreed by the parties to this litigation (all of whom are represented by counsel) that this matter is dismissed without prejudice.

JEFFREY R. LESSIN & ASSOCIATES, P.C.

BY: _____          Date: 1/30/17
      JEFFREY R. LESSIN, ESQUIRE
      Attorney for Plaintiff


TUCKER LAW GROUP

BY: _____          Date: 1/30/17
      JOE H. TUCKER, JR., ESQUIRE
      Attorney for Defendants